GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  5:13-CR-00036-001 (CAR) |
| **JERRY VONARRIS ADAMS** | |

Jerry Adams has substantially complied with the rules and regulations of supervised release. His case does not meet the criteria for early termination as outlined in the Guide to Judiciary Policy; Volume 8, Part E (Post-Conviction Supervision); Chapter 3, as approved by the Administrative Office of the United States Courts as he was sentenced as a career offender. However, based on his compliance under supervision, his case does meet the Chief U.S. Probation Officer's exception criteria for a person sentenced as a career offender. The U.S. Probation Office is of the opinion that he is no longer in need of supervision. Accordingly, it is recommended his supervised release be terminated early.

Respectfully submitted,

*Jessica A. Geister*

Jessica A. Geister
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __13TH__ day of __May__, 2025.

*C. Ashley Royal*
C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE